## Estate of Samuel W. Bell, deceased. Appeal of the Commonwealth of Pennsylvania.

Argued Jan. 24, 1898. Appeal, No. 464, Jan. T., 1897, by commonwealth of Pennsylvania, from decree of O. C. Phila. Co., April T., 1897, No.    , dismissing exceptions to adjudication. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

*Francis A. Osbourn, John C. Grady, John P. Elkin* and *Henry C. McCormick*, attorney general, for appellant.

*Rowland Evans* and *R. L. Ashhurst*, for appellees.

OPINION BY MR. CHIEF JUSTICE STERRETT, April 24, 1899:

This and three other cases, involving substantially the same questions, were argued with Commonwealth's Appeal, Portuondo's Estate, No. 440, January term, 1897, in which an opinion has just been filed, holding that the act of May 12, 1897, is unconstitutional, etc., ante, p. 28.

For reasons given in that opinion, the decree of the court below must be sustained.

Decree affirmed and appeal dismissed at appellant's costs.